IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Robert S. Zabala, | NO. C 06-02810 JW |
| Petitioner, | **ORDER SETTING CASE SCHEDULE** |
| v. | |
| Michael W. Hagee, et al., | |
| Respondents. | |

Petitioner filed this Petition for Writ of Habeas Corpus and Writ of Mandamus on April 25, 2006. The Office of the United States Attorney was served on May 3, 2006. Pursuant to the parties' stipulation[1], the Court sets the following briefing schedule:

Respondents shall file any oppositions to the petition no later than **July 13, 2006.**

Petitioner shall file any responses to the oppositions no later than **August 14, 2006.**

At this time, the Court declines to set a hearing date. Upon evaluation of the papers, if the Court will benefit from oral arguments, the Court may require a hearing in early September.

Dated: June 14, 2006

JAMES WARE
United States District Judge

---

[1] The parties acknowledge that Petitioner's agreement to the stipulated schedule is subject to Petitioner remaining within the territorial jurisdiction of this Court, e.g., that he not be deployed overseas until the Court has an opportunity to rule on his Petition. If Petitioner should receive orders mobilizing or deploying him to a location outside of the territorial jurisdiction of this Court, Petitioner will no longer agree to this stipulated schedule and will promptly notify the Court.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Claire T. Cormier claire.cormier@usdoj.gov
Stephen L. Collier steve@thclinic.org

| | |
|---|---|
| **Dated: June 14, 2006** | **Richard W. Wieking, Clerk** |
| | **By:  /s/ JW Chambers**<br>    **Melissa Peralta**<br>    **Courtroom Deputy** |

**United States District Court**
For the Northern District of California