IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Robert S. Zabala, | NO. C 06-02810 JW |
|     Petitioner, | **ORDER SETTING ORAL ARGUMENTS** |
|   v. | |
| Michael W. Hagee,<br>Commandant of the United States Marine<br>Corps., et al. | |
|     Respondents. | |

The Court specially sets oral arguments for Petitioner's Petition for Writ of Habeas Corpus and Writ of Mandamus. The parties shall appear on **October 24, 2006 at 6:30 p.m. at Golden Gate University School of Law**, 536 Mission Street, San Francisco, CA 94105, in the Moot Court Room on the Sixth Floor. Each party shall have 25 minutes for oral arguments.

Dated: October 11, 2006

                                                JAMES WARE<br>
                                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Claire T. Cormier claire.cormier@usdoj.gov
Stephen L. Collier steve@thclinic.org

**Dated: October 11, 2006**　　　　　　　　　　**Richard W. Wieking, Clerk**

　　　　　　　　　　　　　　　　　　　　　　　**By:　/s/ JW Chambers**
　　　　　　　　　　　　　　　　　　　　　　　　　**Elizabeth Garcia**
　　　　　　　　　　　　　　　　　　　　　　　　　**Courtroom Deputy**