IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Robert S. Zabala, | NO. C 06-02810 JW |
| Petitioner, | **JUDGMENT GRANTING WRIT OF HABEAS CORPUS** |
| v. | |
| Michael W. Hagee, et al., | |
| Respondents. | |

Pursuant to the Court's Order Granting Robert S. Zabala's Petition for a Writ of Habeas Corpus, judgment is entered granting the Petition of Robert S. Zabala for a Writ of Habeas Corpus.

Michael W. Hagee, Commandant of the United States Marine Corps is hereby ORDERED to discharge Robert S. Zabala as a conscientious objector by granting him Class 1-O status pursuant to Department of Defense Directive and pursuant to 28 U.S.C. §§ 2241(a) & (c)(1). Robert S. Zabala shall be discharged within **fifteen days** of the date of this Judgment. Within **twenty days** of the date of this Judgment, Respondents must also file a notice with the Court confirming the date on which Robert S. Zabala was discharged.

Dated: March 29, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Claire T. Cormier claire.cormier@usdoj.gov
Stephen L. Collier steve@thclinic.org

**Dated: March 29, 2007**                                  **Richard W. Wieking, Clerk**

                                                           **By:  /s/ JW Chambers**
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**