STEPHEN L. COLLIER, ESQ., Cal. SBN 124887
Attorney at Law
126 Hyde Street, 2nd Floor
San Francisco, CA 94102
Telephone:   (415) 771-9850
Facsimile:   (415) 771-1287

Attorney for Petitioner Robert S. Zabala

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT S. ZABALA,<br><br>Petitioner,<br><br>vs.<br><br>MICHAEL W. HAGEE, Commandant of the United States Marine Corps, PAUL K. LEBIDINE, Lieutenant Colonel of the Marine Corps, DOES 1-20 inclusive,<br><br>Respondents. | Case No. C 06-02810 JW<br><br>**STIPULATION TO ENLARGE TIME FOR FILING MOTION FOR ATTORNEYS FEES AND COST BILL**<br>[Civil L.R. 6-2] |

Pursuant to Civil L.R. 6-2, petitioner Robert S. Zabala, by and through his attorney of record, Stephen L. Collier, and Respondents Michael Hagee, et al., by and through their attorney of record, Claire Cormier, hereby stipulate to an Order enlarging the time for Petitioner to file a Motion for Attorneys Fees pursuant to 28 U.S.C. 2412, and to file a Cost Bill.

This stipulation is needed because FRCP 54(d) and Civil L.R. 54-1(a) and 54-6(a) require that Petitioner's Motion for Fees and Cost Bill be filed within 14 days of the judgment entered in this action on March 29, 2007. Civil L.R. 54-6(a) also requires that counsel meet and confer regarding any claim for attorneys fees prior to the filing of the motion.

STIPULATION TO ENLARGE TIME FOR FILING MOTION FOR ATTORNEYS FEES AND COST BILL [Civil L.R. 6-2]                                                                     1

1  As the parties wish to provide adequate time to meet and confer to resolve any or all
2  issues regarding Petitioner's claims for fees and costs, the parties hereby stipulate for an order
3  enlarging the time for Petitioner to file a Motion for Fees and a Cost Bill an additional 32 days,
4  to May 14, 2007.

5

6  Dated: March 30, 2007

   _____
   Stephen L. Collier
7  Attorney for Petitioner

8

9  Dated: March 30, 2007       SCOTT N. SCHOOLS
                                United States Attorney
10

11  _____
    Claire T. Cormier
12  Assistant United States Attorney
    Attorney for Respondents

13

14      IT IS SO ORDERED.
15

16

17  Dated: April 3, 2007
                                _____
18                              JAMES WARE
                                United States District Court Judge
19

20

21

22

23

24

25

26

27

28

STIPULATION TO ENLARGE TIME FOR FILING MOTION FOR ATTORNEYS FEES
AND COST BILL [Civil L.R. 6-2]                                    2