1  STEPHEN L. COLLIER, ESQ., Cal. SBN 124887
   Attorney at Law
2  126 Hyde Street, 2nd Floor
   San Francisco, CA  94102
3  Telephone:    (415) 771-9850
   Facsimile:    (415) 771-1287
4
   Attorney for Petitioner Robert S. Zabala
5

6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11
   ROBERT S. ZABALA,                    )    Case No. C 06-02810 JW
12                                       )
                    Petitioner,          )
13                                       )    **SECOND STIPULATION FOR ORDER**
           vs.                           )    **TO ENLARGE TIME FOR FILING**
14                                       )    **MOTION FOR ATTORNEYS FEES AND**
   MICHAEL W. HAGEE, Commandant          )    **COST BILL**
15 of the United States Marine Corps,    )    **[Civil L.R. 6-2]**
   PAUL K. LEBIDINE, Lieutenant          )
16 Colonel of the Marine Corps, DOES 1-  )
   20 inclusive,                         )
17                                       )
                    Respondents.         )
18 _____ )

19

20        Pursuant to Civil L.R. 6-2, petitioner Robert S. Zabala, by and through his attorney of

21 record, Stephen L. Collier, and Respondents Michael Hagee, et al., by and through their

22 attorney of record, Claire Cormier, hereby stipulate to a second Order enlarging the time for

23 Petitioner to file a Motion for Attorneys Fees pursuant to 28 U.S.C. 2412, and to file a Cost

24 Bill.

25        The parties stipulated to and the Court granted an extension of time for Petitioner to file

26 a motion for attorneys fees and cost bill to May 14, 2007.

27        An additional extension is needed because the parties have met and conferred pursuant

28 to Civil L.R. 54-6(a) in an effort to resolve any or all issues regarding Petitioner's claims for

   SECOND STIPULATION TO ENLARGE TIME FOR FILING MOTION FOR
   ATTORNEYS FEES AND COST BILL [Civil L.R. 6-2]
                                    1

*IT IS SO ORDERED*
*James Ware*
Judge James Ware

1    fees and costs, and have agreed in principle on a settlement of Petitioner's fees and costs

2    claims. However, in order to give the government sufficient time to confirm and pay the

3    settlement of the fees and costs claim, the parties request an additional extension of time of

4    sixty days to July 13, 2007.

5              The parties hereby stipulate for a second order enlarging the time for Petitioner to file a

6    Motion for Fees and a Cost Bill an additional 60 days, to July 13, 2007.

7

8    Dated:  April 27, 2007

                                                    Stephen L. Collier
9                                                   Attorney for Petitioner

10

11   Dated:  April 27, 2007                         SCOTT N. SCHOOLS
                                                    United States Attorney
12

13

                                                    Claire T. Cormier
14                                                  Assistant United States Attorney
                                                    Attorney for Respondents
15

16
         IT IS SO ORDERED.
17   To facilitate the parties'efforts in resolving any disputes
     regarding attorney's fees and costs, Plaintiff shall file
18   and notice any motion for fees and costs on July 23, 2007 at 9 a.m.

19   Dated:  May 1, 2007

20                                                  JAMES WARE
                                                    United States District Court Judge
21

22

23

24

25

26

27

28

     SECOND STIPULATION TO ENLARGE TIME FOR FILING MOTION FOR
     ATTORNEYS FEES AND COST BILL [Civil L.R. 6-2]
                            2